# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 09, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

> FILED by _____ D.C.
>
> FEB - 1 2012
>
> STEVEN M. LARIMORE
> CLERK U. S. DIST. CT.
> S. D. of FLA. – MIAMI

Appeal Number: **11-10814-DD**
Case Style: ODP, et al v. National Union Fire Insurance
District Court Docket No: 9:09-cv-80554-KAM

The following record materials in the referenced case are returned herewith:

Eight volumes Record On Appeal, one box of exhibits and One sealed small box of exhibits.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Vince Hackney
Phone #: (404) 335-6115

*(7) Vols. of Pleadings*
*(1) Vol of Transcript*
*(3) Accordian Folder*
*(1) Box containing Sealed Documents.*

REC-3 Ltr Returning Record to DC